IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEENA ENFINGER, AIS # 218216,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | CIVIL ACTION NO.  2:12cv114-TMH |
| ) | (WO) |
| EDWARD ELLINGTON, *et al.*,   ) | |
| ) | |
| Defendants.   ) | |

**ORDER**

On July 11, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED, and that the motion to certify case as a class action (doc. # 52) be and is hereby DENIED.  It is further

ORDERED that this case be and is hereby REFERRED BACK to the Magistrate Judge for further proceedings.

Done this 29th day of August, 2012.

   /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE